UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**
**PUBLIC VERSION - REDACTED**

| Case No. | LA CR20-00321 JAK | Date | December 2, 2021 |
|---|---|---|---|

| Present: The Honorable | John A. Kronstadt, United States District Judge |
|---|---|

Interpreter

| T. Jackson | Anne Kielwasser | Elia Herrera<br>Suria Bahadue<br>Carolyn Small |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Pedro Alonzo Lopez Chacon | | X | X | Richard Callahan, Jr., CJA | | X | X |

**Proceedings:**

**FINAL PRETRIAL CONFERENCE**

**DEFENDANT'S MOTION TO DISMISS THE INDICTMENT UNDER THE EQUAL PROTECTION CLAUSE (DKT. 99)**

**GOVERNMENT'S MOTION IN LIMINE NO. 1 TO ADMIT INEXTRICABLY INTERTWINED EVIDENCE OF, AND FACTS RELATING TO, DEFENDANT'S PRIOR ACTS AND CONVICTIONS (DKT. 101)**

**GOVERNMENT'S MOTION IN LIMINE NO. 2 (Dkt. 110-SEALED)**

**GOVERNMENT'S MOTION IN LIMINE NO. 3 TO EXCLUDE INADMISSIBLE AND INADEQUATE EXPERT OPINIONS BY MARTIN FLORES (DKT. 103)**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**
**PUBLIC VERSION - REDACTED**

The Final Pretrial Conference hearing is held. At Defendant's request, the proceedings are held under seal; provided, however, that this is without prejudice to a party or non-party bringing a motion or appropriate application to unseal the transcript for good cause shown. **[REDACTED]**

**IT IS SO ORDERED.**

|  | 01 | : | 06 |
|---|---|---|---|
| Initials of Deputy Clerk | TJ | | |

cc: U.S. Probation & Pretrial Services